IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELROSE ASSOCIATES, L.P.,<br>Plaintiff<br><br>v.<br><br>UNITED STATES<br>Defendant,<br>And<br><br>LEON A. BLAIS, ESQUIRE, as Trustee<br>For Elizabeth Bogosian<br>Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Misc. No. 00-005ML |

AMENDED ANSWER OF LEON A. BLAIS, ESQUIRE

Leon A. Blais, Garnishee, as Trustee for Elizabeth Bogosian, amends his answer as follows under the pains and penalties of perjury:

1. On October 29, 2003 Garnishee answered the writ of garnishment served upon him as follows: "All money received in trust for Elizabeth Bogosian has been subject to lien and/or execution on judgment. No money will be remitted to Elizabeth Bogosian and/or Plaintiff."
2. Since that time there has been no execution on a judgment obtained by Naisogob, LLC. against Elizabeth Bogosian despite notice to counsel.
3. Since the time of answer Garnishee has held funds anticipating execution on such judgment.

4. Accordingly, the sum of $291,065.23, without execution on the Naisogob, LLC judgment, would be due and owing to Elizabeth Bogosian but for Garnishment.

5. Garnishee has remitted $291,065.23 to the United States Department of Justice upon instruction of Assistant United States Attorney Michael Iannotti.

6. Garnishee remitted funds, as trustee, under the authority of R.I. Gen. Laws § 10-17-9 as incorporated in federal procedure pursuant to Fed. R. Civ. Pro. 64.

Signed under the pains and penalties of perjury this Twenty-Sixth Day of September, 2006.

Garnishee,

Leon A. Blais, Esq.
BLAIS, PARENT & QUINN
20 Cabot Blvd, Suite 300
Mansfield, MA 02048
508 618-1280
LBlais@BlaisParent.com

Certificate of Service

I herewith certify that this document was filed electronically using ECF procedures to all parties of record. This document is available for viewing and downloading from the Electronic Court Filing system. Further, I have delivered this document, by certified and first class mail, on September 26, 2006 on:

Elizabeth Bogosian
30 Bokar Street
Warwick, RI 02886

Leon A. Blais