UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELROSE ASSOCIATES, L.P.

vs. MC # 00-005ML

USA, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
February 2 , 2007

Entered as an Order of this Court on February 2, 2007.

Barbara Barletta
Deputy Clerk