UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MELROSE ASSOCIATES, L.P.

v.

CA No. 00-05-T

UNITED STATES and
LEON A. BLAIS, ESQUIRE, as Trustee
for Elizabeth Bogosian

### ORDER OF RECUSAL

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: 2/22/07