IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELROSE ASSOCIATES, L.P., Plaintiff | ) | |
| v. | ) | Misc. No. 00-005ML |
| UNITED STATES Defendant, | ) | |
| And | ) | |
| LEON A. BLAIS, ESQUIRE, as Trustee For Elizabeth Bogosian Garnishee. | ) | |

**ORDER *NUNC PRO TUNC***

This matter having come before the court upon motion of Garnishee Leon Blais, Esq. and after notice to all parties, it is hereby:

ORDERED, ADJUDGED AND DECREED:

1. The court orders, endorses, authorizes and approves remittance of $291,065.23 on or about May 10, 2006 by Garnishee Leon Blais, Esq. to the United States Department of Justice pursuant to the Writ of Continuing Garnishment authorized by this Court and served upon him.

2. This Order is made effective, *nunc pro tunc*, as of May 10, 2006.

ENTER:

Clerk

Date:

WILLIAM E. SMITH

Date: 3/1/07